# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|                        |                                                      |
|------------------------|------------------------------------------------------|
| **Debtor:**            | RAPHAEL CAWALING & GEMMA R. ESPERAS                  |
| **Case Number:**       | 2:08-BK-10275-CGC     **Chapter:** 13                |
| **Date / Time / Room:**| THURSDAY, OCTOBER 01, 2009 01:30 PM  6TH FLOOR #601  |
| **Bankruptcy Judge:**  | CHARLES G. CASE II                                   |
| **Courtroom Clerk:**   |                                                      |
| **Reporter / ECR:**    | N/A                                                  |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 1140 WEST BISCAYNE DRIVE, GILBERT, AZ 85233 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOAN SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

**R / M #:**   30 / 0

**VACATED: Motion to Withdraw Document Response to Motion for Relief From the Automatic Stay filed by RAYMOND J. STEELE of LAW OFFICE OF RAYMOND J. STEELE on behalf of GEMMA R. ESPERAS, RAPHAEL CAWALING ESPERAS**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Motion to Withdraw Document Response to Motion for Relief From the Automatic Stay filed by RAYMOND J. STEELE of LAW OFFICE OF RAYMOND J. STEELE on behalf of GEMMA R. ESPERAS, RAPHAEL CAWALING ESPERAS