**SO ORDERED.**



# TIFFANY & BOSCO
P.A.

**Dated: October 21, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18988/156763797

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Raphel Cawaling Esperas and Gemma R. Esperas
　　　　Debtors.
_____

BAC Home Loan Servicing, L.P. fka Countrywide
Home Loans Servicing, L.P.
　　　　　　Movant,

　　　vs.

Raphel Cawaling Esperas and Gemma R. Esperas,
Debtors; Russell A. Brown, Trustee.

　　　　Respondents.

No. 2:08-bk-10275-CGC

Chapter 13

O R D E R

(Related to Docket # 30)

　　　This matter having come before the Court for a Preliminary Hearing on October 1, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Law Office of Raymond Steele, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated January 22, 2007, and recorded on February 2, 2007 in Instrument No. 2007-0133001, in the office of the Maricopa County Recorder at  wherein BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Raphel Cawaling Esperas and Gemma R. Esperas have an interest in, further described as:

LOT 43, THE COVE AT THE ISLANDS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY ARIZONA IN BOOK 102 OF MAPS, PAGE 3.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2009.


_____

JUDGE OF THE U.S. BANKRUPTCY COURT